IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CASE NO. CR417-193 |
| | ) |
| KHATMA ANKHKASER, | ) |
| | ) |
| Defendant. | ) |

## O R D E R

After careful consideration, the above-captioned case is reassigned to the Honorable J. Randal Hall, Chief Judge, for plenary disposition or further assignment.

SO ORDERED this 6th day of July 2017.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA