# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> KHATMA ANKHKASER, <br><br> Defendant. | CASE NO. 4:17-cr-193 |

## ORDER TO AMEND INDICTMENT

The motion of the Government to amend the indictment is GRANTED.

The Indictment and case referenced above is hereby amended to correctly reflect Defendant's legal name: Ankhkaser Khatma.

So ORDERED, this 25th day of July 2017.

_____
G.R. SMITH
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA